**FILED**
March 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 10-0062 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRIAN BARNEY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRIAN BARNEY</u>, Case No. <u>MAG. 10-0062 DAD</u>, Charge <u>18 USC §§ 1349; 1343; 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    X   Bail Posted in the Sum of $ 50,000.00

        X   Unsecured Appearance Bond

        \_   Appearance Bond with 10% Deposit

        \_   Appearance Bond with Surety

        \_   Corporate Surety Bail Bond

    X   (Other)   _Pretrial Services Supervision of Conditions of Release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 15, 2010 at   2:30   pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge